IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FREDDIE B. WALKER, #159 866 | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | Case No. 1:12cv619-WHA |
| KENNETH JONES, et al., | ) | |
| | ) | (wo) |
| Respondents. | ) | |

## JUDGMENT

In accordance with the Order entered in this case on this day,

FINAL JUDGMENT is entered in favor of the Defendants and against the Plaintiff and the case is DISMISSED with prejudice.

Done this 30th day of September, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE